# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. MJ 18-5198-GF-JTJ |
| Plaintiff, | ORDER |
| vs. | |
| MICHELE J. CROSS, | |
| Defendant. | |

Upon Defendant's Motion for an Extension of Time to Pay the Fine and Complete Alcohol Classes, the Government having no objection and good cause appearing;

IT IS HEREBY ORDERED that the due date for the fine payment of $1,000.00 shall be and is extended for three (3) months. The fine payment is now due in full on or before November 7, 2019.

IT IS FURTHER HEREBY ORDERED that the deadline to complete the alcohol classes shall be and is extended for three (3) months. Defendant Cross

1

must complete and submit a written confirmation to this Court on or before November 7, 2019.

DATED this <u>5th</u> day of June, 2019.

/s/ John Johnston
John Johnston
United States Magistrate Judge